PER CURIAM.
Affirmed. See Shaw v. Shaw, 334 So.2d 13, 16 (Fla.1976); Guzman & Co. v. British Realty & Mortgage Corp., 699 So.2d 842 (Fla. 3d DCA 1997); Skipper v. Skipper, 654 So.2d 1181 (Fla. 3d DCA 1995); Knecht v. Knecht, 629 So.2d 883 (Fla. 3d DCA 1993), review denied, 639 So.2d 978 (Fla.1994); Kaufman v. Kaufman, 491 So.2d 584 (Fla. 3d DCA 1986); Richardson v. Richardson, 442 So.2d 1005 (Fla. 3d DCA 1983); § 61.13, Fla. Stat. (1995).